UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| TEODORO ROMERO-TORRES | § |
| | § |
| Petitioner | § CIVIL ACTION NO. 5:19-CV-43 |
| VS. | § CRIMINAL ACTION NO. 5:17-CV-799-2 |
| | § |
| UNITED STATES OF AMERICA | § |

# ORDER

United States Magistrate Judge John A. Kazen issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1), recommending that Defendant's § 2255 Motion (Dkt. No. 1; Cr. Dkt. No. 80)[1] be **DENIED** and that this action be **DISMISSED**. (Dkt. No. 7; Cr. Dkt. No. 83). Neither Party has filed objections to the Report and Recommendation.

Applying a plain-error standard of review to the proposed findings and recommendations, the Court hereby **ADOPTS** the Report and Recommendation (Dkt. No. 7; Cr. Dkt. No. 83) as the findings and opinion of the Court. Accordingly, Defendant's § 2255 Motion (Dkt. No. 1; Cr. Dkt. No. 80) is **DENIED**, and this civil action is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

**SIGNED** August 14, 2019.

Marina Garcia Marmolejo
United States District Judge

---

[1] "Dkt. No." refers to the civil case, and "Cr. Dkt. No." refers to the criminal case.